**Order entered September 17, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00126-CR

**SHAWN BRIAN TIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-48186-J**

## ORDER

Before the Court is appellant's September 16, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before September 27, 2019.

/s/     CORY L. CARLYLE
JUSTICE